## MOTION DOCKET

**99–1986.   Doe v. Shaffer.**

Hamilton App. No. C–980729. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellants' motion to strike lists of supplemental authorities,

IT IS ORDERED by the court that the motion to strike lists of supplemental authorities be, and hereby is, denied.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**99–2240.   State ex rel. Calvary v. Upper Arlington.**

In Mandamus. On relator's petition for attorney fees and costs.

IT IS ORDERED that within ten days of this entry, relator's counsel submit evidence, preferably including affidavits and a copy of any written contingent-fee agreement entered into with relator, specifying the attorney fees that relator actually paid or is obligated to pay her attorney for this mandamus action. See *State ex rel. Russell v. Thomas* (1999), 85 Ohio St.3d 1488, 709 N.E.2d 1215; *State ex rel. Dist. 1199, Health Care & Social Serv. Union, SEIU, AFL–CIO v. Lawrence Cty. Gen. Hosp.* (1999), 84 Ohio St.3d 1472, 704 N.E.2d 580; *State ex rel. Gannett Satellite Info. Network, Inc. v. Petro* (1998), 81 Ohio St.3d 1234, 690 N.E.2d 11.

**00–358.   Kemppel v. Tracy.**

Board of Tax Appeals, No. 98–K–698. On request for argument before full court. Request granted.

**00–857.   State ex rel. Long v. Cardington Council.**

In Mandamus. On answer of respondents Belva Bowers, William Christian, Robert Doolin, and Cecil Maxwell. *Sua sponte,* alternative writ granted.

On motion for judgment on pleadings by Belva Bowers, William Christian, Robert Doolin, and Cecil Maxwell. Motion denied.

On motion for default judgment. Motion denied.